**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CR328** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DONELLA LISA WILSON,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 11 be stricken from the record for the following reason:

• No Notice of Electronic Filing produced

**IT IS ORDERED** that the Clerk's Office shall strike Document Number 11 from the record.  The document will be re-filed.

DATED this 30th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge